IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
IN ADMIRALTY
Case No.: 7:22-cv-00219

| | |
|---|---|
| NORTH CAROLINA STATE PORTS AUTHORITY,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ZIM INTEGRATED SHIPPING SERVICES, LTD.,<br>*in personam*,<br><br>and<br><br>M/V CAPE TAINARO (IMO 9706205), her engines, tackle, apparel, appurtenances, etc.<br>*in rem*,<br><br>　　　　　　　　　　Defendants. | |

## **AMENDED NOTICE OF APPEARANCE**

Please take notice that the undersigned, Pardis Camarda, hereby enters a notice of appearance as Local Civil Rule 83.1(d) counsel for the Plaintiff, North Carolina State Ports Authority, in the above-captioned matter, in association with Special Appearance Counsel, J. Stephen Simms and Catherine M. Benson.

　　　　　　　　　　　　　　　　　　/s/ Pardis Camarda
　　　　　　　　　　　　　　　　　　Pardis Camarda
　　　　　　　　　　　　　　　　　　N.C. State Bar No. 53006
　　　　　　　　　　　　　　　　　　ROUNTREE LOSEE LLP
　　　　　　　　　　　　　　　　　　2419 Market Street
　　　　　　　　　　　　　　　　　　Post Office Box 1409
　　　　　　　　　　　　　　　　　　Wilmington, NC 28402-1409
　　　　　　　　　　　　　　　　　　Ph:　  (910) 763-3404
　　　　　　　　　　　　　　　　　　pcamarda@rountreelosee.com
　　　　　　　　　　　　　　　　　　*Local Civil Rule 83.1(d) Counsel for*
　　　　　　　　　　　　　　　　　　*North Carolina State Ports Authority*